UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HAYWARD, individually and as proxies of the State of California on behalf of Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>LUXURY SHUTTLE GROUP, LLC, a California Limited Liability Company, LANEAR MONTGOMERY, an individual, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, FOUR POINTS SHERATON LAX, an entity of unknown form, SIXT RENT A CAR, LLC, a Delaware Limited Liability Company, and DOE ONE through and including DOE THIRTY,<br><br>Defendants. | Case No: 2:17-CV-07395-VAP-RAO<br>*Assigned to the Hon. Virginia A. Philips*<br><br>**[PROPOSED] ORDER RE PROTECTIVE ORDER**<br><br>Complaint Filed: October 10, 2017 |

# **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation Re Protective Order.

IT IS SO ORDERED.

DATED: June 15, 2018

*Rozella A. Oliver*
_____
Rozella A. Oliver
United States Magistrate Judge