UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-07395 RAO | Date: | August 2, 2019 |
| Title: | Terry Hayward v. Luxury Shuttle Group, LLC, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Recorder/Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

On June 11, 2019, the Court directed Plaintiff's counsel to file a motion for default judgment by the end of June, or a status report by July 1, 2019. (Dkt. No. 76.) To date, Plaintiff's counsel has not filed a motion for default judgment or a status report.

**Plaintiff is hereby ordered to show cause, in writing, on or before <u>August 16, 2019</u>, why this action should not be reassigned to a District Judge with a recommendation that it be dismissed for failure to prosecute or comply with Court orders under Federal Rule of Civil Procedure 41(b).**

Plaintiff may also discharge this order by filing a motion for default judgment against defaulting Defendants Luxury Shuttle Group, LLC and Lanear Montgomery.

**IT IS SO ORDERED.**

: 
Initials of Preparer   dl